Form 27 - AFFIDAVIT OF SERVICE


P24332856

**KASELL LAW FIRM**
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ANTHONY GRAZIANO

　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　- vs -

MBLIC MOTORS LLC D/B/A EMPIRE CADILLAC

　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

Index No. **1:25-cv-02943-NGG-JRC**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**WARREN BOZARTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey . That on the **09TH** day of **JUNE, 2025 2:25PM** at
**56-15 NORTHERN BOULEVARD**
**SUITE B**
**WOODSIDE NY 11377**
I served a true copy of the **JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT** upon **MBLIC MOTORS LLC D/B/A EMPIRE CADILLAC** the **DEFENDANT** therein named by delivering to, and leaving personally with **Brianna Outlaw, GENERAL AGENT,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**. I affirm that **Brianna Outlaw** confirmed their authority after my inquiry, identified their role and explained their responsibilities, which include accepting service of process for the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **FEMALE** PERCEIVED RACE: **BLACK** HAIR: **BLACK**
APP.AGE: **30**   APP. HT: **5ft6in**   APP. WT: **125**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
10TH day of JUNE, 2025

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

WARREN BOZARTH DCA LIC #0775869
Lexitas - DCWP #2098109
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-KLF2-24332856

2a