UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ANTHONY GRAZIANO,                      Index No.: 25-CV- 02943

        Plaintiff,

                                               REQUEST FOR CERTIFICATE OF
                                               DEFAULT

     -against-


MBLIC MOTORS LLC
d/b/a EMPIRE CADILLAC,

        Defendant(s)
----------------------------------------x

TO:    DOUGLAS C. PALMER, CLERK OF COURT
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

        Please enter the default of defendant, MBLIC Motors LLC d/b/a Empire Cadillac ("Defendant") pursuant to Fed. R. Civ. P. 55(a) for Defendant's failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of David M. Kasell, Esq.

Dated: Long Island City, New York
        July 8, 2025

                                                    /s/
                                           David M. Kasell (DK-7753)
                                           1038 Jackson Avenue, #4
                                           Long Island City, NY 11101
                                           (718) 404-6668