UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ANTHONY GRAZIANO,             Index No.: 25-CV- 02943

           Plaintiff,

     -against-

MBLIC MOTORS LLC
d/b/a EMPIRE CADILLAC,

           Defendant(s)
----------------------------------------x

**<u>CERTIFICATE OF DEFAULT</u>**

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Westlake Financial Services has failed to respond to or answer the Complaint, or otherwise appear in this action. A certificate of default is hereby entered against the named defendant, pursuant to Fed. R. Civ. P. 55(a).

Dated:_____, 2025
         _____, NY

                                                                         Douglas C. Palmer
                                                                          Clerk of Court

                                                                          By:_____
                                                                          Deputy Clerk