**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------x

ANTHONY GRAZIANO,                          Index No.: 25-CV- 02943

       Plaintiff,

                               REQUEST FOR CERTIFICATE OF
                               DEFAULT

      -against-

MBLIC MOTORS LLC
d/b/a EMPIRE CADILLAC,

       Defendant(s)

----------------------------------------x

TO:    BRENNA B. MAHONEY, CLERK OF COURT
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

     Please enter the default of defendant, MBLIC Motors LLC d/b/a Empire Cadillac

("Defendant") pursuant to Fed. R. Civ. P. 55(a) for Defendant's failure to plead or

otherwise defend this action as fully appears from the court file herein and from the

attached affirmation of David M. Kasell, Esq.

Dated: Long Island City, New York
      July 9, 2025

                             ___/s/_____
                              David M. Kasell (DK-7753)
                              1038 Jackson Avenue, #4
                              Long Island City, NY 11101
                              (718) 404-6668