UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTHONY GRAZIANO,

                            Plaintiff,

      -against-

MBLIC MOTORS LLC d/b/a EMPIRE CADILLAC,

                            Defendant.
-------------------------------------------------------------------X

Case No.: 1:25-cv-2943 (NGG) (JRC)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:  Jamaica, New York
         July 28, 2025

Respectfully submitted,

**SAGE LEGAL LLC**
By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*MBLIC Motors LLC*

**VIA ECF**
Kasell Law Firm
<u>Attn</u>: David Kasell, Esq.
1038 Jackson Avenue #4
Long Island City, NY 11101
(718) 404-6668 (office)
david@kaselllawfirm.com

*Attorneys for Plaintiff*
*Anthony Graziano*