# Kasell Law Firm

November 19, 2025

Magistrate Judge James R. Cho
United States District Court
225 Cadman Plaza East, Room 1227 South
Brooklyn, NY 11201

      Re: *Graziano et al v. MBLIC Motors LLC et al*, 25 Civ. 02943-NGG-JRC

Your Honor:

      This firm represents Plaintiffs Anthony Graziano and Joanne Graziano in the above referenced matter and write with regard to this Court's referral of this case to mediation and order to select a mediator by October 9, 2025.

      This firm has reached out to opposing counsel on numerous occasions by telephone, text, and repeated email so that the parties can select a mutually acceptable mediator. I am simply requesting that defendant choose three potential mediators from the "consumer" roster because it is presumed that someone on that roster will understand the TILA issues and credit damage issues in this case most readily.

      Unfortunately, defendants have refused to provide any names from the consumer list that defendants find acceptable. The first excuse proffered was that counsel was unable to contact his client or get a response. Most recently counsel has said that defendant is preoccupied with a new baby girl.

      Plaintiffs presume that they will find an acceptable mediator amongst the three possible mediators selected from the "consumer" roster.

      Accordingly, we ask that the Court order defendants to select three potential mediators by Wednesday, November 26, 2025.

      Respectfully submitted,

      /s/ *David Kasell*
      David M. Kasell, Esq.