

**Lexitas**
3700 W 15th St Ste 301D
Plano, TX 75075
(469)784-9000

## United States District Court for the Eastern District of New York

STATE OF NEW YORK
COUNTY OF FEDERAL

ANTHONY GRAZIANO, ETAL
vs.
MB LIC MOTORS LLC D/B/A EMPIRE CADILLAC, ETAL

AFFIDAVIT OF CORPORATE SERVICE
Case No. 1:25-CV-02943-NGG-JRC

---

I, Ronald Cobb, declare that on 12/04/2025 at 2:37 PM I served the attached JURY TRIAL DEMANDED; SUMMONS AND AMENDED COMPLAINT upon **AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL, defendant**(s), by handing to and leaving with George Martinez- Sop Intake Specialist, Agent for Legal Process, stated authorized to accept, at Ct Corp., 1999 Bryan Street Suite 900, Dallas, TX 75201 in the County of Dallas, State of Texas.

Additional Comments:

Description of Person Accepting Service:

Gender: **Male** Race: **Light** Hair: **Black** Age: **25-30** Height: **5ft 9in** Weight: **215**

I affirm this 9th day of December, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
**Ronald Cobb**

Client: Lexitas (TX)
Client File: 25624142

License # PSC-4574, expires 12/31/2025