# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 10, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East, Courtroom 11D
Brooklyn, NY 11201-1804

      *Re:*    **Graziano,** *et ano* **v. MBLIC Motors LLC,** *et ano*
              **Case No.: 1:25-cv-2943 (NGG) (JRC)**
              **<u>Letter Motion to Adjourn Settlement Conference</u>**

Dear Judge Cho:

      This firm represents the Defendant MBLIC Motors LLC d/b/a Empire Cadillac (hereinafter the "Defendant" or the "Dealership") in the above-referenced case. Defendant writes to respectfully request an adjournment of the settlement conference scheduled to proceed on Thursday, February 12, 2026 due to your undersigned's required appearance at a deposition proceeding in-person in the matter of <u>Superb Motors Inc, *et al.* v. Deo, *et al.*</u>, Case No.: 2:23-cv-6188 (JMW).

      Pursuant to ¶ C(2) of this Court's Individual Practices, Defendant respectfully submits that:

(i)     the date of the settlement conference is February 12, 2026;

(ii-iii)  there have been no prior requests for an adjournment of this settlement conference;

(iv)    Plaintiff does not consent on the grounds that this in-person settlement conference was ordered on January 7, 2026. Review of the docket, respectfully, supports Plaintiff's position that no additional adjournments should be granted. Defendant respectfully submits in response that its undersigned counsel cannot be in two places at once, and a settlement conference cannot proceed without all parties present since a new Defendant Plaintiff added in this case has not yet appeared.

(v)     The Dealership does not believe this request affects any other scheduled Court appearance or deadline.

      Defendant respectfully submits that, in light of this deposition involving multiple parties and the close of discovery currently scheduled to occur on February 28, 2026, good cause exists to permit this Court to exercise its discretion in favor of granting the adjournment sought here. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). Moreover, Plaintiff's second amended complaint has joined a new Defendant that has not yet appeared in this case.

    Accordingly, the Dealership's motion for an adjournment should be granted. Defendant thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       February 10, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*MBLIC Motors LLC*

**VIA ECF**
Kasell Law Firm
<u>Attn</u>: David Kasell, Esq.
1038 Jackson Avenue #4
Long Island City, NY 11101
(718) 404-6668 (office)
david@kaselllawfirm.com

*Attorneys for Plaintiff*
*Anthony Graziano*