# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 23, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East, Courtroom 11D
Brooklyn, NY 11201-1804

> *Re:*    **Graziano, *et ano* v. MBLIC Motors LLC, *et ano***
> **Case No.: 1:25-cv-2943 (NGG) (JRC)**
> **Letter Motion to Adjourn Settlement Conference**

Dear Judge Cho:

This firm represents the Defendant MBLIC Motors LLC d/b/a Empire Cadillac (hereinafter the "Defendant" or the "Dealership") in the above-referenced case. Defendant writes to respectfully request an adjournment of the settlement conference scheduled for Friday, February 27, 2026 due to your undersigned's required appearance at *another* deposition proceeding in-person in the matter of Superb Motors Inc, *et al.* v. Deo, *et al.*, Case No.: 2:23-cv-6188 (JMW).

 Pursuant to ¶ C(2) of this Court's Individual Practices, Defendant respectfully submits that:

(i)    the date of the settlement conference is February 27, 2026;

(ii-iii) there has been one (1) prior request for an adjournment of this settlement conference, which was granted;

(iv)    The parties previously met-and-conferred telephonically regarding Defendant's request. Plaintiff does not consent on the grounds that this in-person settlement conference was ordered on January 7, 2026, and was already adjourned once from the originally scheduled date of February 12, 2026 to February 27, 2026. Defendant, again, respectfully submits in response that: (a) its undersigned counsel cannot be in two places at once; (b) a settlement conference cannot proceed without all parties present since a new Defendant Plaintiff added in this case has not yet appeared; and (c) the parties have agreed to conduct a pre-motion conference before the Hon. Nicholas G. Garaufis, U.S.D.J. ("Judge Garaufis") on Tuesday, March 10, 2026 at 2:30 pm, and Defendant offered to conduct the settlement conference earlier on the same day.

(v)    the Dealership does not believe this request affects any other scheduled Court appearance or deadline.

Defendant respectfully submits that, in light of this deposition involving multiple parties, good cause exists to permit this Court to exercise its discretion in favor of granting the adjournment sought here. See Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Dealership's motion for an adjournment should be granted.  Defendant thanks this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
February 23, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*MBLIC Motors LLC*

**VIA ECF**
Kasell Law Firm
Attn: David Kasell, Esq.
1038 Jackson Avenue #4
Long Island City, NY 11101
(718) 404-6668 (office)
david@kaselllawfirm.com

*Attorneys for Plaintiff*
*Anthony Graziano*