# KASELL LAW FIRM

February 23, 2026

Magistrate Judge James R. Cho
United States District Court
225 Cadman Plaza East, Room 1227 South
Brooklyn, NY 11201

    Re: 25-cv-02943;
        <u>Graziano et al v. MBLIC Motors LLC et al</u>

Your Honor:

    I represent Plaintiffs, Anthony Graziano and Joann Graziano in the above referenced matter and write to oppose the request to adjourn the settlement conference.

    The Court should deny the adjournment request. This settlement conference has been on the calendar since it was scheduled on January 7, 2026 and was previously adjourned from February 12, 2026 to its presently scheduled date of February 27, 2026. As ordered by the Court, each time the conference has been scheduled the Plaintiffs and their counsel have made arrangements to appear in person on the scheduled date.

    Counsel never mentions when the deposition that now causes a conflict was scheduled but it appears counsel has been aware of this conflict since at least last week when he informed me that he would seek an adjournment, and I told him that I would oppose his request.

    It is respectfully requested that the settlement conference in this matter proceed as scheduled, and that counsel seek and adjournment of his deposition.

Respectfully,

/s/ David Kasell

David M Kasell (DK-7753)
Kasell Law Firm
1038 Jackson Ave., #4
Long Island City. NY 1101
(718) 404-6668

# KASELL LAW FIRM

1038 Jackson Avenue #4 • Long Island City, NY 11101

Phone 718.404.6668