# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 10, 2026

**<u>VIA ECF</u>**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Nicholas G. Garaufis, U.S.D.J.
225 Cadman Plaza East
Courtroom 10B South
Brooklyn, NY 11201-1804

> **Re:**   **Graziano, *et ano* v. MBLIC Motors LLC, *et ano***
> **Case No.: 1:25-cv-2943 (NGG) (JRC)**
> **<u>Letter Motion to Adjourn Pre-Motion Conference</u>**

Dear Judge Garaufis:

This firm represents the Defendant MBLIC Motors LLC d/b/a Empire Cadillac (hereinafter the "Defendant" or the "Dealership") in the above-referenced case. Defendant writes jointly with Plaintiff to respectfully request an adjournment of the pre-motion conference scheduled to proceed today at 2:30 PM *sine die* because the parties have reached a settlement in principle at a settlement conference this morning before the Hon. James R. Cho, U.S.M.J. who quite capably assisted the parties in reaching a resolution.

The parties respectfully submits that, in light of the parties' settlement in principle, good cause exists to permit this Court to exercise its discretion in favor of granting the adjournment sought here. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the parties' motion for an adjournment should be granted. The parties thank this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
          March 10, 2026                              Respectfully submitted,

                                                      **SAGE LEGAL LLC**

                                                      By:   <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                      Emanuel Kataev, Esq.
                                                      18211 Jamaica Avenue
                                                      Jamaica, NY 11423-2327
                                                      (718) 412-2421 (office)
                                                      (917) 807-7819 (cellular)
                                                      (718) 489-4155 (facsimile)
                                                      emanuel@sagelegal.nyc

                                                      *Attorneys for Defendant*
                                                      *MBLIC Motors LLC*

**<u>VIA ECF</u>**
Kasell Law Firm
<u>Attn</u>: David Kasell, Esq.
1038 Jackson Avenue #4
Long Island City, NY 11101
(718) 404-6668 (office)
david@kaselllawfirm.com

*Attorneys for Plaintiff*
*Anthony Graziano*