# Kasell Law Firm

March 24, 2026

Magistrate Judge James R. Cho
United States District Court
225 Cadman Plaza East, Room 1227 South
Brooklyn, NY 11201

Re: 25-cv-02943
 Graziano, *et al* v. MBLIC Motors LLC

Your Honor:

Please allow this letter to serve as a status update.

As the Court knows, I represent Plaintiffs Anthony Graziano and Joanne Graziano as I did in the settlement conference conducted by the Court in the above referenced matter on I write to advise that we had been unable to reach a written agreement and consequently, to request a telephonic conference.

After the Court was able to successfully negotiate a settlement between both sides, I drafted and emailed a release to counsel for Defendant that accurately reflected the terms that had been reached with the Court's assistance. Namely:

1. Defendant would provide a $10,000 credit to Plaintiff;
2. Plaintiff was free to use the credit towards the purchase of any vehicle on Defendant's lot;
3. Defendant would pay $7500 in attorney's fees;
4. There was no requirement to remove any social media posts or refrain from truthful posting.

Unfortunately, as demonstrated by the attached redline version, Defendant has proposed terms that fundamentally alter the material terms agreed to in Court.

Respectfully submitted,

/s/ (DK-7753)
David M. Kasell, Esq.

1038 Jackson Avenue #4 • Long Island City, NY 11101
Phone 718.404.6668
E-mail DKasellEsq@GMail.com