## SETTLEMENT AGREEMENT and RELEASE

This Settlement Agreement and Release (the "Agreement") is made and effective this―― 23rd day of March, 2026, between Anthony Graziano and Joanne Graziano each residing at 350 Wall Street, Apt. W Meriden, CT (collectively hereinafter the "Plaintiffs") and MB LIC Motors LLC d/b/a Empire Cadillac, located at 56-15 Northern Boulevard Woodside, New York 11377.

### ~~Recitals~~

NOW THEREFORE, in consideration of the terms and covenants of this Agreement, and other valuable consideration the parties agree as follows:

1. MB LIC Motors LLC d/b/a Empire Cadillac ("Empire"), its officers, owners, successors, assigns, affiliates, and subsidiaries finally and irrevocably release Anthony Graziano and Joanne Graziano from all liability and settles all actions, causes of action, and disputes against each other, for damages, loss or injury sustained by it, however arising, present and future, known and unknown at this time, relating to the sale of a 2024 GMC Hummer EV SUV ~~with~~ bearing vehicle identification number ("VIN") 1GKB0NDE7RU113773 (the "Hummer") purchased from Empire (the "Vehicle") and ~~the~~ Empire's ~~trade-in~~ purchase of a leased 2024 Jeep Wrangler bearing VIN 1C4RJXN60RW152672  (the "Wrangler") from Stellantis Financial made at Plaintiffs' request in connection with the sale of the Hummer.

2. Anthony Graziano and Joanne Graziano (collectively "Plaintiffs"), their successors, heirs, and assigns, finally and irrevocably release Empire from all liability and settles all actions, causes of action, and disputes against each other, for damages, loss or injury sustained by Plaintiffs, however arising, present and future, known and unknown at this time, relating to the sale of the Vehicle or ~~pay-off~~ Empire's purchase of the Wrangler.  For the avoidance of doubt, this provision is intended to be a general release.

3. In consideration for this release Empire agrees to:

    a. Provide a credit of $10,000.00 towards the purchase of a new vehicle of plaintiffs choosing from MB LIC Motors LLC d/b/a Empire Cadillac of Long Island City;

b. Pay to Kasell Law Firm the sum of $7,500.00 in attorneys fees at Kasell Law Firm's usual and customary rates of $600 an hour.

c. Upon the sale of the vehicle contemplated in paragraph 3(a), Plaintiffs will remove any negative reviews of Empire.

4. If either party has instituted any legal proceedings against the other settled by this Agreement, that party covenants to have them any such proceeding dismissed with express prejudice to bringing further proceedings against the other arising out of the same matter, including EDNY case number 1:25-cv-02943 (NGG) (JRC).

5. It is agreed that neither party to this Agreement will make any claim or take any proceedings against any person who might claim over against or claim contribution or indemnity from the other party in connection with any matter for which a Release is given.

6. **It is understood and agreed that nothing in this Agreement is to be construed as an admission of liability in connection with any matter for which a Release is given.**

7. Plaintiffs agree to keep the existence, terms, and events leading up to this Agreement strictly confidential.  Notwithstanding the foregoing, Plaintiffs may disclose the existence and terms of this Agreement to his immediate family, attorney, and financial advisors for tax purposes or financial planning, who shall also be obligated to keep the existence and the terms of this Agreement strictly confidential.

8. This Agreement shall be governed by and interpreted in accordance with the laws of the State of New York.

9. The parties agree to act in good faith to accomplish the goals set forth in this agreement and to take such other and further action as may be necessary in order to consummate this settlement agreement.

10. **The provisions of this Agreement must be read as a whole and are not separable and/or separately enforceable by either party hereto.**

11. **The undersigned represents that they are authorized to enter into this Agreement and acknowledges that they have had a chance to review this Agreement and to consult with their counsel prior to the execution of the same.**

12. **This Agreement may be executed in counterparts, including facsimile signatures or transmissions of signatures in Adobe Acrobat (PDF) or similar electronic format, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.**

Dated:    New York, New York
          March____, 2026

_____          _____
MB LIC Motors LLC                Anthony Graziano
Title:

_____
Joann Graziano