UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Anthony Graziano and Joanne Graziano,<br><br>                                                    *Plaintiff,*<br><br>—against—<br><br>MB LIC Motors LLC d/b/a Empire Cadillac<br>and GM Financial,d<br><br>                                                    *Defendants.* | 25 Civ. 2943<br><br>**STIPULATION OF<br>DISMISSAL WITHOUT<br>COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

their respective counsel that the above-captioned action is voluntarily dismissed and

discontinued, with prejudice, and without costs against MB LIC Motors LLC, only,    *or attorneys' fees*

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated: April 6, 2026

Attorney for Anthony Graziano
and Joanne Graziano

David M. Kasell, Esq.
KASELL LAW FIRM
1038 Jackson Ave., #4
Long Island City, NY 11101
(718) 404-6668

Attorney for MB LIC Motors LLC

 /s/ Emanuel Kataev, Esq.

Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-241