# Kasell Law Firm

April 17, 2026

Magistrate Judge James R. Cho
United States District Court
225 Cadman Plaza East, Room 1227 South
Brooklyn, NY 11201

Re: 25-cv-02943
    Graziano, *et al* v. MBLIC Motors LLC

Your Honor:

Please allow this letter to serve as a status update.

As the Court knows, I represent Plaintiffs Anthony Graziano and Joanne Graziano.

I write to advise that Plaintiffs will start the process of obtaining a default against GM Financial.

I write to further advise that the revised stipulation of dismissal has been executed by Plaintiffs' counsel and forwarded to counsel for MBLIC Motors LLC for execution.

Respectfully submitted,

/s/ (DK-7753)
David M. Kasell, Esq.

1038 Jackson Avenue #4 • Long Island City, NY 11101
Phone 718.404.6668
E-mail DKasellEsq@GMail.com