AFFIRMATION OF SERVICE

P26729484

KASELL LAW FIRM

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

ANTHONY GRAZIANO, ETAL

PLAINTIFF

- vs -

MIB LIC MOTORS LLC D/B/A EMPIRE CADILLAC, ETAL

DEFENDANT

index No. 1:25-cv-02943-NGG-JRC
Date Filed
File No.
Court Date:
**AFFIRMATION OF SERVICE**

STATE OF _Texas_ , COUNTY OF _Dallas_ :SS:

_Roger Bigony_ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Texas_ .

On _4/24/26_ at _1:01 pm_ ,

at C/O C.T. CORPORATION SYSTEM 1999 BRYAN STREET SUITE 900 DALLAS, TX 75201

deponent served the within **SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT AND JURY TRIAL DEMANDED** on: **AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

✓ #2 CORPORATION — By delivering a true copy of each personally to _Alexshondra Willis, Intake specialist_ who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the _____
of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON RESIDENCE — By delivering a true copy of each to _____ a person of suitable age and discretion at the **DEFENDANT's** dwelling house (usual place of abode) within the state.

___ #4 SUITABLE AGE PERSON BUSINESS — By delivering a true copy of each to _____ a person of suitable age and discretion with capacity to accept as a coworker of the **DEFENDANT** within the state.

___ #5 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

___ #6 MAIL COPY — On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1ˢᵗ class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

✓ #7 DESCRIPTION (USE WITH #1,2,3 OR 4) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Gender: _F_     Perceived Race: _Black_     Hair: _Black_
Age: _45-55_     Height: _5'6"_     Weight: _160_
OTHER IDENTIFYING FEATURES: _____

___ #8 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

✓ #9 MILITARY SRVC — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _Texas_ and was informed that **DEFENDANT** was not.

___ # 10 OTHER

I affirm this ___ day of _____, 20__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-KLF2-26729484