**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
dmurphy@reedsmith.com

*Attorneys for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial*

### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY GRAZIANO and JOANNE GRAZIANO, | Civil Action No. 1:25-cv-02943-NGG-JRC |
| Plaintiffs, | **NOTICE OF APPEARANCE OF** |
| vs. | **DAVID G. MURPHY** |
| MB LIC MOTORS LLC d/b/a EMPIRE CADILLAC and GM FINANCIAL, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that David G. Murphy, Esq. of Reed Smith LLP shall appear as counsel of record for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial, in the above-captioned action. Please serve a copy of all notices and other papers in this action upon the undersigned.

**REED SMITH LLP**

*/s/ David G. Murphy*
David G. Murphy, Esq.

Dated:  May 7, 2026