ReedSmith

**David G. Murphy**
Direct Phone: +1 609 514 5947
Email: dmurphy@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 13, 2026

**Via ECF**

Hon. Nicholas G. Garaufis, U.S.D.J.
United States District Court for Eastern District of New York
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

**Re: Anthony Graziano, et al. v. GM Financial, et al.**
**Case No. 1:25-cv-02943-NGG-JRC**

Dear Judge Garaufis:

This firm represents Defendant AmeriCredit Financial Services Inc. d/b/a GM Financial ("GM Financial") in the above-referenced matter. We write to respectfully request an extension of time to respond to Plaintiffs Anthony Graziano and Joanne Graziano's ("Plaintiffs") Second Amended Complaint through **June 15, 2026**.

The current deadline for GM Financial to respond to the Second Amended Complaint is May 15, 2026. GM Financial has not made any previous requests for adjournment or enlargement in this matter. Counsel for Plaintiffs consents to this extension request. This extension is requested because GM Financial needs additional time to investigate the allegations in the Second Amended Complaint and to develop its defense. This extension will not prejudice any party or any other deadline with respect to this litigation.

We thank the Court for its attention and consideration concerning this matter. Should the Court have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*/s/ David G. Murphy*
David G. Murphy

cc: David M. Kasell, Esq. (via ECF)