# Kasell Law Firm

June 26, 2026

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: Graziano, et al. v. MBLIC Motors LLC and GM Financial
     Case No. 25-CV-2943 (NGG)(JRC)

Dear Judge Garaufis:

I represent plaintiffs Joanne Graziano and Anthony Graziano.

I write to request that the pre-motion conference presently scheduled for July 10 at 11 AM be conducted virtually as an ADA accommodation due to my use of a power wheelchair that makes transit challenging.

My telephonic appearance would allow for my meaningful participation in this proceeding without prejudice to any party.

Respectfully submitted,

/s/ (DK-7753)
David M. Kasell, Esq.

1038 Jackson Avenue #4 • Long Island City, NY 11101
Phone 718.404.6668
E-mail DKasellEsq@GMail.com