UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Anthony Graziano and Joanne Graziano,

                          *Plaintiff,*

—against—

MB LIC Motors LLC d/b/a Empire Cadillac
and GM Financial,

                          *Defendants.*

25 Civ. 2943

**STIPULATION OF
DISMISSAL WITHOUT
COSTS**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed and discontinued, with prejudice, and without costs or attorneys' fees against MB LIC Motors LLC, only, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated: April 15, 2026

Attorney for Anthony Graziano
and Joanne Graziano

David M. Kasell, Esq.
KASELL LAW FIRM
1038 Jackson Ave., #4
Long Island City, NY 11101
(718) 404-6668

Attorney for MB LIC Motors LLC

/s/ Emanuel Kataev, Esq.

Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-241