ReedSmith

**David G. Murphy**
Direct Phone: +1 609 514 5947
Email: dmurphy@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 26, 2026

**Via ECF**

Hon. Nicholas G. Garaufis, U.S.D.J.
United States District Court for Eastern District of New York
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

**Re: Anthony Graziano, et al. v. GM Financial, et al.**
**Case No. 1:25-cv-02943-NGG-JRC**

Dear Judge Garaufis:

This firm represents Defendant AmeriCredit Financial Services Inc. d/b/a GM Financial ("GM Financial") in the above-referenced matter. We write to respectfully a five-day extension for GM Financial to file its motion to dismiss bundle to Monday, August 31, 2026. We conferred with counsel for Plaintiffs Anthony Graziano and Joanna Graziano ("Plaintiffs"), and Plaintiffs consent to this extension request.

Pursuant to the Court's July 10, 2026 Minute Entry and Order, the bundle for GM Financial's motion to dismiss (including opening brief, Plaintiffs' opposition, and reply brief) is due for filing with the Court today, August 26, 2026. Due to an inadvertent calendaring error by undersigned counsel, GM Financial requires several extra days to finalize its reply brief and prepare the bundle for filing with the Court. This is the first extension requested and, because of its modest length of five days, the extension would not prejudice any party or the Court. As noted above, Plaintiffs consent to the extension.

We thank the Court for its attention and consideration concerning this matter. Should the Court have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*/s/ David G. Murphy*
David G. Murphy

cc: David M. Kasell, Esq. (via ECF)

**Application granted.**
**So Ordered.**
/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 8/27/26