**REED SMITH LLP**
Diane A. Bettino, Esq.
David G. Murphy, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
dmurphy@reedsmith.com

*Attorneys for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY GRAZIANO and JOANNE GRAZIANO,<br><br>Plaintiffs,<br><br>vs.<br><br>MB LIC MOTORS LLC d/b/a EMPIRE CADILLAC and GM FINANCIAL,<br><br>Defendants. | Civil Action No. 1:25-cv-02943-NGG-JRC<br><br>**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**PLEASE TAKE NOTICE** that upon the Declaration of Lonnie Wilson, and the exhibits attached thereto, the memorandum of law in support of dismissal, and upon the pleadings herein, Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), will move this Court, before the Honorable Nicholas G. Garaufis, U.S.D.J., in the Eastern District of New York at the Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, for an order pursuant to Fed. R. Civ. P. 12(b)(6), against Plaintiffs Anthony Graziano and Joanne Graziano ("Plaintiffs"), on a date and at a time to be set by the Court, to dismiss the Second Amended Complaint with prejudice against GM Financial, and for any such other and further relief for GM Financial as the Court deems just and proper.

Dated: July 31, 2026

**REED SMITH LLP**

*/s/ David G. Murphy*
David G. Murphy, Esq.

To: David M. Kasell, Esq.
Kasell Law Firm
1038 Jackson Avenue, #4
Long Island City, NY 11101
dkasellesq@gmail.com
*Attorneys for Plaintiffs*