**REED SMITH LLP**
Diane A. Bettino, Esq.
David G. Murphy, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
dmurphy@reedsmith.com

*Attorneys for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY GRAZIANO and JOANNE GRAZIANO,<br><br>Plaintiffs,<br><br>vs.<br><br>MB LIC MOTORS LLC d/b/a EMPIRE CADILLAC and GM FINANCIAL,<br><br>Defendants. | Civil Action No. 1:25-cv-02943-NGG-JRC<br><br>**ORDER GRANTING MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

**THIS MATTER** having been opened to the Court by Reed Smith LLP, counsel of record for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), on GM Financial's Motion to Dismiss Plaintiffs Anthony Graziano and Joanne Graziano's ("Plaintiffs") Second Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having reviewed the moving papers, responding papers, and the arguments of counsel, if any; and for good cause shown;

**NOW**, on motion by Reed Smith LLP, attorneys for GM Financial herein; it is hereby:

**ORDERED** that GM Financial's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Plaintiffs' Second Amended Complaint is hereby **DISMISSED**, with prejudice; and it is further

**ORDERED** that GM Financial is awarded such other and further relief as this Court may deem just and proper.

ENTER:

________________________________________
HON. NICHOLAS G. GARAUFIS, U.S.D.J.

[ ] Opposed
[ ] Unopposed