**REED SMITH LLP**
Diane A. Bettino, Esq.
David G. Murphy, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
dmurphy@reedsmith.com

*Attorneys for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY GRAZIANO and JOANNE GRAZIANO,<br><br>Plaintiffs,<br><br>vs.<br><br>MB LIC MOTORS LLC d/b/a EMPIRE CADILLAC and GM FINANCIAL,<br><br>Defendants. | Civil Action No. 1:25-cv-02943-NGG-JRC<br><br>**CERTIFICATION OF SERVICE** |

I, David G, Murphy, an attorney at Reed Smith LLP, who is counsel of record in this case for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), hereby certify that true and correct copies of the following documents:

1. GM Financial's Notice of Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

2. GM Financial's Memorandum of Law in Support of its Motion to Dismiss the Second Amended Complaint with Prejudice;

3. Declaration of Lonnie Willson, with exhibits;

4. Proposed Order; and

5. This Certificate of Service;

were, in accordance Rule IV.B of the Individual Rules of the Honorable Nicholas G. Garaufis, U.S.D.J., served on this date on the following via email and regular mail:

David M. Kasell, Esq.
Kasell Law Firm
1038 Jackson Avenue, #4
Long Island City, NY 11101
dkasellesq@gmail.com
*Attorneys for Plaintiffs*

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 31, 2026

**REED SMITH LLP**

*/s/ David G. Murphy*
David G. Murphy, Esq.