**REED SMITH LLP**
Diane A. Bettino, Esq.
David G. Murphy, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
dmurphy@reedsmith.com

*Attorneys for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY GRAZIANO and JOANNE GRAZIANO,<br><br>Plaintiffs,<br><br>vs.<br><br>MB LIC MOTORS LLC d/b/a EMPIRE CADILLAC and GM FINANCIAL,<br><br>Defendants. | Civil Action No. 1:25-cv-02943-NGG-JRC<br><br>**CERTIFICATION OF SERVICE** |

I, David G, Murphy, an attorney at Reed Smith LLP, who is counsel of record in this case for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), hereby certify that true and correct copies of the following documents:

1. GM Financial's Notice of Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

2. GM Financial's Memorandum of Law in Support of its Motion to Dismiss the Second Amended Complaint with Prejudice;

3. Declaration of Lonnie Willson, with exhibits;

4. Proposed Order;

5. The Certificate of Service for GM Financial's Initial Motion Papers;

6. Plaintiffs' Memorandum of Law in Opposition to GM Financial's Motion to Dismiss the Second Amended Complaint;

7. GM Financial's Reply Memorandum of Law in Further Support of its Motion to Dismiss; and

8. This Certification of Service

were, in accordance Rule IV.B of the Individual Rules of the Honorable Nicholas G. Garaufis, U.S.D.J., filed and served on this date via the Court's Electronic Case Filing system ("ECF") and sent via a email to:

David M. Kasell, Esq.
Kasell Law Firm
1038 Jackson Avenue, #4
Long Island City, NY 11101
dkasellesq@gmail.com
*Attorneys for Plaintiffs*

I further certify that courtesy copies of the foregoing documents were marked "Courtesy Copy," "Original Filed by ECF," and "Assigned Docket Number 1:25-cv-02943-NGG-JRC" and sent to:

Hon. Nicholas G. Garaufis, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 31, 2026

**REED SMITH LLP**

*<u>/s/ David G. Murphy</u>*
David G. Murphy, Esq.