# Kasell Law Firm

October 27, 2026

***via CM/ECF***

The Honorable James R. Cho
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Graziano et al. v. GM Financial et al.*, No. 1:25-cv-02943 (NGG) (JRC) (E.D.N.Y.): Joint Status Report**

Dear Judge Cho:

We represent Plaintiffs Anthony Graziano and Joanne Graziano and write jointly with counsel for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial") in response to the Court's October 13, 2026, Minute Entry, which directed the parties to advise the Court by today whether they would like a referral to the Court-annexed mediation program or a settlement conference at this time.

GM Financial's motion to dismiss the Second Amended Complaint (ECF No. 45) is fully submitted and remains pending before Judge Garaufis. The parties are awaiting a decision on that motion and therefore do not request a referral to mediation or a settlement conference at this time.

After the motion is decided, the parties will revisit whether a referral to the Court-annexed mediation program or a settlement conference would be productive, and will advise the Court of their positions in the joint status report the Minute Entry directs them to file within 7 days after a ruling on the motion.

Counsel for GM Financial has confirmed that GM Financial's position is as stated in this letter.

We thank the Court for its attention to this matter.

Respectfully submitted,
**Kasell Law Firm**

By: /s/ *David M. Kasell*
David M. Kasell
*Attorneys for Plaintiffs*



1038 Jackson Avenue #4 • Long Island City, New York 11101
Phone 718.404.6668

Kasell Law Firm

1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: David@KasellLawFirm.com

cc: David G. Murphy, Esq., Reed Smith LLP, counsel for Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial (via CM/ECF)